No. 03–1540. LAFONTAINE, AKA FROMME v. UNITED STATES. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Crawford* v. *Washington*, 541 U. S. 36 (2004).

No. 03–9851. VARACALLI v. UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Crawford* v. *Washington*, 541 U. S. 36 (2004).

No. 03–10242. WEDGEWORTH v. KANSAS. Ct. App. Kan. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Crawford* v. *Washington*, 541 U. S. 36 (2004).

No. 03–10328. HINES v. JOHNSON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Nelson* v. *Campbell*, 541 U. S. 637 (2004).

No. 03–10835. SARR v. WYOMING. Sup. Ct. Wyo. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Crawford* v. *Washington*, 541 U. S. 36 (2004).